1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Earl A. Hicks
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2012

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

6          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,         )    CR-12-113-TOR
9              Plaintiff,             )    INDICTMENT
                                      )
10       vs.                          )    Vio: 18 U.S.C. § 472 and 2
                                      )         Passing Counterfeit
11 STEPHANIE DIANE JACKSON,           )         Federal Reserve Notes
                                      )         (Count 1)
12             Defendant.             )
                                      )    Vio: 18 U.S.C. §§ 471 and 2
13                                    )         Manufacture of
                                      )         Counterfeit Federal
14                                    )         Reserve Notes (Count 2)
15

16   The Grand Jury Charges:

17                    COUNT 1

18   On or about the 21st day of September, 2012, in the Eastern District of

19 Washington, the Defendant, STEPHANIE DIANE JACKSON, with intent to

20 defraud, did knowingly pass counterfeit obligations of the United States, that is, 8

21 falsely made, forged and counterfeited $50.00 Federal Reserve Notes with serial

22 number, IL84712354A, in violation of 18 U.S.C. § 472 and 18 U.S.C. § 2.

23                    COUNT 2

24   On a date unknown, but by on or about the 23rd day of September, 2012, in

25 the Eastern District of Washington, the Defendants, STEPHANIE DIANE

26 JACKSON, with intent to defraud, did knowingly falsely make and manufacture

27 counterfeit obligations of the United States, that is, falsely made, forged and

28

INDICTMENT - 1
10-16-12 Jackson_Rodriguez Indictment.wpd

1 | counterfeited $10.00, $20.00, $50.00 and $100.00 denominations of Federal
2 | Reserve Notes with various different serial numbers, in violation of 18 U.S.C. §
3 | 471 and 18 U.S.C. § 2.
4 |      DATED this 16Th day of October, 2012.
5 |                                             A TRUE BILL

Michael C. Ormsby
United States Attorney

Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 2
10-16-12 Jackson_Rodriguez Indictment.wpd